```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  TAMMY PACHECO
 7
 8               IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     ) No. Cr. S 11-0253 KJM
                                  )
12           Plaintiff,           )
                                  ) STIPULATION TO MODIFY CONDITIONS
13      v.                        ) OF RELEASE; PROPOSED ORDER
                                  )
14  TAMMY PACHECO,                )
                                  )
15           Defendant.           ) Judge: Hon. Dale A. Drozd
                                  )
16  _____ )
```

17      IT IS HEREBY STIPULATED AND AGREED between the parties, Jared

18 Dolan, Assistant United States Attorney, attorney for Plaintiff, and

19 Linda C. Harter, Chief Assistant Federal Defender, attorney for

20 defendant, TAMMY PACHECO, that the conditions of Ms. Pacheco's release

21 as imposed on June 22, 2011 be modified to remove the condition that

22 she participate in mental health counseling.

23      Tammy Pacheco was released at her first appearance in June of last

24 year without bond.  She was placed on pretrial supervision with a

25 number of conditions.  At the time of her arrest, Ms. Pacheco was very

26 emotional and the Court imposed, as a condition of her release, that

27 she participate in mental health counseling.

28      Ms. Pacheco has been supervised since that time by pretrial

services. She and her pretrial services agent, Mr. Walker, have come to the conclusion that mental health counseling is not necessary at this time and, in fact, would be especially difficult because of Ms. Pacheco's work schedule and her responsibilities as the single parent of three girls. Accordingly, both pretrial services and the defendant request that the condition that Ms. Pacheco participate in mental health counseling be removed. The prosecutor in this case, Mr. Dolan, has no opposition to this request.

Dated: January 19, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ *Linda C. Harter*
_____
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
TAMMY PACHECO

Dated: January 19, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ *Linda C. Harter*
_____
JARED DOLAN
Assistant U.S. Attorney
Counsel for Plaintiff

**O R D E R**

The condition ordering Ms. Pacheco to participate in mental health counseling is hereby removed from the conditions of release imposed on June 22, 2011. All other conditions are to remain in effect.

DATED: January 23, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1:crim
pacheco0253.stipord.modify-cor

Motion to Modify/Tammy Pacheco      -2-